# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02543-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 18, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| MDM GROUP ASSOCIATES, INC., a Delaware corporation, | Richard T. LiPuma |
| **Plaintiff,** | |
| v. | |
| MIDGETT REALTY, INC., a North Carolina corporation, | John R. Posthumus  Lucky Vidmar |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:** 8:32 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion for Leave to File Amended Complaint and Jury Demand [filed May 7, 2008; doc. 21] is taken under advisement. A recommendation shall issue consistent with the comments made on the record.

HEARING CONCLUDED.

**Court in recess:** 9:14 a.m.
Total time in court:   00:42