IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02543-WDM-CBS

MDM GROUP ASSOCIATES, INC., a Delaware corporation,

    Plaintiff,

v.

MIDGETT REALTY, INC., a North Carolina corporation,

    Defendant.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

---

Miller, J.

This matter is before the court on the recommendation (doc no 39) of Magistrate Judge Craig B. Shaffer that Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand (doc no 21) be denied. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). For the reasons set forth below, the recommendation will be accepted.

Plaintiff is the holder of a copyright on the text of a brochure, part of a "security deposit waiver" program developed by Plaintiff for the vacation rental property industry. Complaint ¶¶ 7-10. Plaintiff alleges that Defendant has used Plaintiff's brochure text to market a competing security deposit waiver program. Complaint ¶ 15. Plaintiff sought to amend the complaint in order to add five additional defendants who also allegedly infringed on Plaintiff's brochure. Magistrate Shaffer recommends that amendment and permissive joinder be denied because the claims against the proposed defendants do not arise out of

the same transaction, occurrence or series of transactions or occurrences and the claims would not support joint or several liability among the named Defendant and the additional putative defendants. Magistrate Judge Shaffer also notes that numerous policy considerations argue against the proposed joinder, including that Plaintiff has apparently been aware of the identity of these alleged infringers since at least 2005, that the amendment will likely result in significant litigation over this Court's jurisdiction over these defendants, and individualized discovery would predominate if these defendants were added.

I agree with Magistrate Judge Shaffer's analysis and will accept the recommendation in its entirety.

Accordingly, it is ordered:

1. The recommendation (doc no 39) of Magistrate Judge Craig B. Shaffer, dated June 23, 2008 is accepted.

2. Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand (doc no 21) is denied.

DATED at Denver, Colorado, on July 14, 2008.

BY THE COURT:


s/ Walker D. Miller  
United States District Judge