IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02543-WDM-CBS

MDM GROUP ASSOCIATES, INC.,
a Delaware corporation,

    Plaintiff,

v.

MIDGETT BROS., INC. d/b/a MIDGETT REALTY,
a North Carolina corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Amend Caption [filed August 22, 2008; doc. 52] is **GRANTED**. The court hereby orders that all previous references in the record to "Midgett Realty, Inc." shall be deemed as referring to "Midgett Bros., Inc. d/b/a Midgett Realty." The amendment shall relate back to the filing of the original complaint. All further pleadings in the action shall bear the corrected caption, as set forth above.

**DATED:**    August 26, 2008